**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 19-1749**

—————————

In re: HAROLD EUGENE PATTON,

                Petitioner.

—————————

On Petition for Writ of Mandamus.  (1:17-cv-00186-TSK-MJA)

—————————

Submitted: February 18, 2020              Decided: February 20, 2020

—————————

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Harold Eugene Patton, Jr., Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Eugene Patton, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on his 28 U.S.C. § 2241 (2018) petition. He seeks an order from this court directing the district court to act or release him. Our review of the district court's docket reveals that the district court recently took significant action on Patton's § 2241 petition. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process

*PETITION DENIED*